No. 73–437.   MOBIL OIL CORP. *v.* FEDERAL POWER COMMISSION ET AL.;

No. 73–457.   PUBLIC SERVICE COMMISSION OF NEW YORK *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 73–464.   MUNICIPAL DISTRIBUTORS GROUP *v.* FEDERAL POWER COMMISSION ET AL.   C. A. 5th Cir.   [Certiorari granted, 414 U. S. 1142.]   Motion of petitioners for divided argument granted.   MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 73–477.   GERSTEIN *v.* PUGH ET AL.   C. A. 5th Cir.   [Certiorari granted, 414 U. S. 1062.]   Case restored to calendar for reargument.

No. 73–596.   PEARSON ET AL. *v.* ECOLOGICAL SCIENCE CORP. ET AL.   C. A. 5th Cir.   Application for stay and injunction presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.   Motion of Thomas G. Jenny for leave to intervene denied.

No. 73–679.   WOLFF, WARDEN, ET AL. *v.* McDONNELL.   C. A. 8th Cir.   [Certiorari granted, 414 U. S. 1156.]   Motion of respondent to vacate order allowing the Solicitor General to participate in oral argument as *amicus curiae* denied.   Motions of Guadalupe Guajardo, Jr., for leave to proceed *in forma pauperis* and for leave to file a brief as *amicus curiae* denied.

No. 73–831.   WARDEN, LEWISBURG PENITENTIARY *v.* MARRERO.   C. A. 3d Cir.   [Certiorari granted, 414 U. S. 1128.]   Motion of Harry C. Batchelder, Jr., to permit John J. Witmeyer III to present oral argument *pro hac vice* on behalf of respondent granted.   Consideration of respondent's suggestion of mootness deferred to hearing of case on the merits.